IN THE UNITED STATES DISTRICT COURT
FOR TE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV95

| | |
|---|---|
| IN RE: )<br>)<br>THOMAS BRUCE PARKER, )<br>)<br>    Debtor. )<br>_____)<br>)<br>RICHARD M. MITCHELL, Chapter 7 Trustee, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>THOMAS BRUCE PARKER, MARGARET )<br>JUNE PARKER SCHLAPHOHL, BETTY )<br>JEANNE PARKER, and THEODORE GREGG )<br>PARKER, )<br>)<br>    Defendants. )<br>_____) | ORDER |

    This matter is before the court upon the "Notice of Emergency Appeal of Order Denying the Motion to Stay the Order Pending Appeal," filed by *pro se* Defendant Theodore Gregg Parker. The court has carefully reviewed this motion, its attachments, and the bankruptcy court order from which this Defendant has now appealed. It appears to the court that the bankruptcy judge properly denied the motion to stay pending appeal. Accordingly,

    IT IS THEREFORE ORDERED that the bankruptcy court's order denying Defendant's motion to stay pending appeal is hereby AFFIRMED.

    Signed: April 4, 2007

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge